IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Purity Y. Finn, ) | Case No. 19-20219 CMB |
|     Debtor(s) ) | Chapter 7 |
| ) | |
| ) | Related to: Document No. 24 |
| ) | |
| ) | **ENTERED BY DEFAULT** |
| Purity Y. Finn, ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| TBF Financial, LLC, ) | |
|     Respondent(s) ) | |

## ORDER OF COURT

AND NOW, to wit, this ___19th___ day of ___March___, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the Respondent, TBF Financial, LLC, against the Debtor at Allegheny County case number GD-18-007585 in the amount of $35,239.48 is a avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

Carlota M. Böhm        glb
Chief United States Bankruptcy Judge

FILED
3/19/19 3:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-20219-CMB
Purity Y. Finn                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Mar 19, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.
db             +Purity Y. Finn,    275 McKenzie Drive,    Pittsburgh, PA 15235-4622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com
      Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
      Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
      Kenneth Steidl    on behalf of Debtor Purity Y. Finn julie.steidl@steidl-steinberg.com,
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                       TOTAL: 7